Victor S. Uranowski, Jr., by Victor Uranowski, His Father and Next Friend, Plaintiff, v. Island Homes, Inc., Pennsylvania Railroad Company, Industrial Cinder Company, Inc., and Indiana Harbor Belt Railroad Company, Defendants.

Pennsylvania Railroad Company, Counterclaimant-Appellant, v. Industrial Cinder Company, Counterdefendant-Appellee.

Gen. No. 47,446.

First District, Second Division.
November 6, 1958.
Rehearing denied November 25, 1958.
Released for publication December 16, 1958.

Robert H. Bierma, A. L. Foster, Keith E. Roberts, Edward J. Fleming (Edward J. Fleming, of counsel) for appellant; Vogel & Vogel (L. H. Vogel, R. C. Vogel, Robert B. Johnstone, of counsel) for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**